UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAN L. WHITE, | CASE NO. C10-5842-RBL-KLS |
| Plaintiff, | ORDER GRANTING |
| vs. | ATTORNEY FEES AND COSTS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $350.00 and attorney fees in the amount of $4,952.80 be awarded to plaintiff.

DATED this 29th day of November, 2011.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING PETITION
FOR COSTS AND ATTORNEY FEES

TODD R. RENDA
ATTORNEY AT LAW
6314 19TH ST. WEST, STE 21
TACOMA WA 98466-6223
253-566-6701
FAX: 253-565-0705